No. 81–1315.   WESTPHALEN *v.* CITY OF CHICAGO ET AL. Appeal from App. Ct. Ill., 1st Dist., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–6055.   HERNANDEZ *v.* DEPARTMENT OF LABOR AND HUMAN RESOURCES ET AL.   Appeal from Sup. Ct. P. R. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–1324.   ESPOSITO *v.* ABRAMS, ATTORNEY GENERAL OF NEW YORK.   Appeal from Ct. App. N. Y. dismissed for want of jurisdiction.

No. 80–2003.   HONDA MOTOR CO., LTD. *v.* COONS.   Appeal from Super. Ct. N. J., App. Div.   Judgment vacated and case remanded for further consideration in light of *G. D. Searle & Co.* v. *Cohn, ante,* p. 404.   JUSTICE REHNQUIST, JUSTICE STEVENS, and JUSTICE O'CONNOR would dismiss the appeal for want of jurisdiction.

No. 81–1038.   DUCKWORTH, WARDEN, ET AL. *v.* COWELL. C. A. 7th Cir.   Certiorari granted, judgment vacated, and case remanded to the Court of Appeals with directions that it instruct the United States District Court for the Northern District of Indiana to dismiss the petition for writ of habeas corpus. *Rose* v. *Lundy, ante,* p. 509.   JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petition for writ of certiorari.